# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION


**WARREN GREGORY KEITH II**                                    **PLAINTIFF**


**v.**                    **No: 3:20-cv-00004 BSM-PSH**


**KEITH BOWERS,** *et al.*                                    **DEFENDANTS**

## ORDER

Having reviewed Plaintiff Warren Gregory Keith's amended complaint (Doc. No. 4) for screening purposes,[1] it appears that service is appropriate with respect to Keith's excessive force claims against defendants Kyle French and Willie Black. The Clerk of the Court shall prepare summonses for these defendants and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 4) and summons on each defendant without prepayment of fees and costs or security therefor. Service should be attempted through the Craighead County Sheriff's Office.[2]

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] If any of the Defendants are no longer County employees, the individual responding to service must file a **SEALED** statement providing the unserved Defendant's last known private mailing address.

IT IS SO ORDERED this 18th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE