# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WARREN GREGORY KEITH II**                                                              **PLAINTIFF**

**v.**                    **CASE NO. 3:20-CV-00004 BSM**

**KEITH BOWERS, et al.**                                                                **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Patricia S. Harris [Doc. No. 5] has been received. After careful review of the record, the RD is adopted. Warren Keith's excessive force claims against Kyle French and Willie Black may proceed, and all other claims are dismissed without prejudice.

IT IS SO ORDERED this 3rd day of March 2020.

                                                                            UNITED STATES DISTRICT JUDGE