**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**WARREN GREGORY KEITH, II**                                   **PLAINTIFF**
**ADC #62958**

**v.**                   **CASE NO. 3:20-CV-00004-BSM**

**KYLE FRENCH,** *et al.*                                             **DEFENDANTS**

## ORDER

United States Magistrate Judge Patricia S. Harris's proposed findings and recommendations ("RD") [Doc. No. 29] and the entire record have been carefully reviewed, and the RD is adopted. Defendants' motion to dismiss [Doc. No. 26] is granted, and Keith's complaints, Doc. Nos. 2, 4, are dismissed without prejudice.

IT IS SO ORDERED this 24th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE