IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WARREN GREGORY KEITH, II**                                            **PLAINTIFF**
**ADC #62958**

v.                  CASE NO. 3:20-CV-00004-BSM

**KYLE FRENCH,** *et al.*                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE